UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – BAY CITY

| | |
|---|---|
| In Re: | Case No.: 17-22420-dob |
| | Chapter 7 |
| BARBARA JEAN STOCKMAN, | Judge: Hon. Daniel S. Opperman |
| Debtor, | |

| | |
|---|---|
| KEVIN REID DEVELOPMENT, LLC, a Michigan limited liability company, | Adv. Case No.: 18-02045-dob |
| Plaintiff, | |
| -vs- | |
| BARBARA JEAN STOCKMAN, | |
| Defendant. | |

# ORDER CONFIRMING OPINION OF THE COURT DENYING DISCHARGE TO DEBTOR BARBARA JEAN STOCKMAN

This matter having come before the Court for a trial on Friday, June 28, 2019, and proofs having been taken in this matter in the form of Debtor's testimony, and the Court having issued an Opinion Denying Discharge to Debtor Barbara Jean Stockman and the attorney for Plaintiff hereby submits this Order for entry with the Court:

NOW THEREFORE,

IT IS HEREBY ORDERED AND ADJUDGED that this Court has jurisdiction over this matter pursuant to 25 U.S.C. § 157; 28 U.S.C. § 1334; and Local Bankruptcy Court Rule 83.50;

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff has met its burden of proof for both its 11 U.S.C. § 727(a)(3) and 11 U.S.C. § 727(a)(5) counts in its Adversary Complaint, and Defendant has not met her burden of proof as to the defense of either count;

IT IS FURTHER ORDERED AND ADJUDGED that Judgment is entered in favor of the Plaintiff and against Debtor Barbara Jean Stockman based upon 11 U.S.C. § 727(a)(3) and (a)(5), and Debtor's discharge is denied pursuant to such statutes.

**Signed on October 15, 2019**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge